# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| DAMON VINCENT JOBIN, | Case No. 25-CV-1376 (NEB/DTS) |
| Petitioner, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION |
| B. EISCHEN, et al., | |
| Respondents. | |

The Court has received the September 9, 2025 Report and Recommendation of United States Magistrate Judge David T. Schultz. (ECF No. 9.) No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation (ECF No. 9) is ACCEPTED;

2. The Petition for Writ of Habeas Corpus (ECF No. 1) is DENIED;

3. This matter is DISMISSED WITHOUT PREJUDICE;

4. The application to proceed *in forma pauperis* of petitioner Damon Vincent Jobin (ECF No. 4) is DENIED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: November 4, 2025                        BY THE COURT:

                                               s/Nancy E. Brasel
                                               Nancy E. Brasel
                                               United States District Judge